NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 1 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CAROLINA BEATRICE GARCIA-ABRIEGO,<br><br>    Petitioner,<br><br> v.<br><br>TODD BLANCHE, Acting Attorney General,<br><br>    Respondent. | No. 25-5595<br><br>Agency No.<br>A202-061-729<br><br>MEMORANDUM* |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 26, 2026**

Before: S.R. THOMAS, MILLER, and H.A. THOMAS, Circuit Judges.

Carolina Beatrice Garcia-Abriego, a native and citizen of El Salvador,

petitions pro se for review of the Board of Immigration Appeals' ("BIA") order

dismissing her appeal from an immigration judge's ("IJ") decision denying her

---

 \*   This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

 \*\*   The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

applications for asylum, withholding of removal, and protection under the Convention Against Torture ("CAT"). We have jurisdiction under 8 U.S.C. § 1252. We deny the petition for review.

Garcia-Abriego does not challenge the BIA's conclusion that she waived review of the IJ's dispositive determination that she failed to show that the harm she suffered or fears was or will be on account of a protected ground. *See Lopez-Vasquez v. Holder*, 706 F.3d 1072, 1079-80 (9th Cir. 2013). Garcia-Abriego also does not challenge the agency's denial of CAT protection. *See id*. Thus, Garcia-Abriego's asylum, withholding of removal, and CAT claims fail.

The motion to stay removal is denied.

**PETITION FOR REVIEW DENIED.**